RYAN v. MATHEWS.

1. **Removal of Cause to Federal Court:** RIGHT OF APPEAL FROM ORDER OF REMOVAL FORFEITED. Where an order was made upon plaintiff's motion removing the cause to the federal court, and the defendant in that court moved for an order remanding the cause, which motion was overruled, *held* that he could not ask this court to review the ruling of the federal court, upon an appeal from the order of removal, and that the appeal should be dismissed.

*Appeal from Jasper Circuit Court.*

TUESDAY, JULY 22.

THE plaintiff applied for and obtained an order of removal to the circuit court of the United States. From this order the defendant appeals.

*Winslow & Wilson*, for appellant.

*D. Ryan*, and *Phillips & Day*, for appellee.

ADAMS. J.—The appellee has filed a motion to dismiss the appeal, upon the ground that the appellant has already submitted the question involved in the appeal to the decision of the circuit court of the United States, and the question has been decided against him. The appellee supports his motion by a certified copy of the record of that court, showing that the appellant appeared in that court and moved for an order remanding the case, upon the ground that the order of removal was improperly granted, and that the court overruled the motion and retained the case.

In our opinion the appellee's motion must be sustained. The appellant has submitted to the jurisdiction of the federal court, and taken a ruling upon the very question presented by him here. We do not think that he is in a condition to ask a ruling here in conflict with it. *Ins. Co. v. Dunn*, 19 Wallace, 214; *Le Roux v. Bay Circuit Judge*, 46 Mich., 189. The appeal must, therefore, be

DISMISSED.